1  PAUL JANOSSY " In pro se"
2  22521 Del Valle st. Apt.4
   Woodland Hills, Ca, 91364
3
4  Tel.(818) 835-9573

FILED
CLERK, U.S. DISTRICT COURT
JAN - 4 2010
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

ORIGINAL

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

PAUL JANOSSY,                )
                             )
         plaintiff           )   CASE NO. CV10-9645 VBF(FFMx)
                             )
     vs                      )   HON. District Judge,
                             )
UNITED STATES                )   VALERIE BAKER FAIRBANK,
                             )
         Defendant,          )   AMENDMENT TO COMPLAINT
                             )

— — — — — — — — — — —   Date of filing: 12/21/10

Plaintiff PAUL JANOSSY amends the complaint in this action as follows:

1. As it is stated and proved, plaintiff was exclusive owner of his home, he paid full price, the debt was discharged by full payment, earthquake, lapse of time etc. The Washington Mutual Bank has no right at all over this real estate.

2. Despite this after elapsed more than 5 years, using force, extremely brutal means, robbed plaintiff's property.

PLaintiff's wife died, caused by permanent harassments, committed by the indicated persons. It was caused to plaintiff mortal diseases, which are incurrable !

——————————————————————

AMENDMENT TO COMPLAINT

-1-

3. Plaintiiff communicatd, proved to all federal and state compentent authorities, Attorney general of USA, state and federal officials, police departments, etc. FBI, asking, -solicited,urged- the investigations of the crimes,committed against him. Were submitted multiple evidences,the respective institutuins,officials,competent organs had perfect,direct knowledge of the crimes,felonies committed ,but never acted in order to investigate them.

4. The competent organs,refusing to act,to investigate the crimes committed, assisted the perpetrators to escape arrest or punishment.

5. The federal and state officials acted recklessly, consciously disregarded their duties to protect the innocent citizen, as follows punitive damages are justified, the compensatory demages as well.

6. The federal and state governments refused to protect plaintiff against the robbery ,on the contrary attacked plaintiff, invented false accusations against him,arrested him, on the grounds that he alleged that the debt was paid |

    (28 & 1346 District Courts, JURISDICTION )
DISTRICT COURTS SHALL HAVE EXCLUSIVE JURISDICTION OF CIVIL ACTIONS ON CLAIM AGAINST THE UNITED STATES FOR MONEY DAMAGES FOR INJURY OR LOSS OF PROPERTY ETC. CAUSED BY THE NEGLIGENT OR WRONGFUL ACT OR OMISSION OF EMPLOYEE OF THE GOVERNMENT, WHILE ACTING WITH THE SCOPE OF HIS OFFICE OR EMPLOYMENT ETC !

Plaintiff stated that he paid the full price, making this true allegation,the government punished him,ordered the illegal foreclosure,participating actively in the ROBBERY indicated above,

AMENDMENT TO COMPLAINT

-2-

WHEREFORE plaintiff Paul Janossy requests judgment against defendant UNITED STATES in favor of plaintiff as follows:

1) <u>RESTITUTIONARY REMEDY</u>,

a) ORDER TO RESTORE POSSESSION of real estate, located at 9472 Obeck Ave. Arleta, Ca, 91331 Lot 130 of Tract No. 18350 as per map recorded in Book 458 pages 19 through 21 of Maps in the Office of County of Los Angeles in favor of plaintiff Paul Janossy,

2) COMPENSATORY DAMAGES                               $ 5,000,000.00

( five million)

3) Punitive damages                                  $ 5,000.000.00

( five million)

4) Costs of suit and all other just relief

Dated, 01/02/2011, Woodland Hills,

                                     Paul Janossy, plaintiff,

Verification,

I, the undersigned, PAUL JANOSSY, plaintiff in this action, declare under the penalty of perjury under the federal laws, that this amended complaint is drafted by me, I have perfect and direct knowledge of its content and that is true and correct, it is based on my personal knowledge and on written documents, which will be submitted to the Hon. District Court.

Dated, 01/02/2011,

                                     Paul Janossy, plaintiff,

AMENDMENT TO COMPLAINT

Page 6

# CERTIFICATE OF SERVICE

Case Name: __PAUL JANOSSY__ v. UNITED STATES

Case No.: CV10-9645 VBF(FFMx)

IMPORTANT: You must send a copy of ALL documents filed with the court and any attachments to counsel for ALL parties in this case. You must also file a certificate of service with this court telling us that you have done so. You may use this certificate of service as a master copy, fill in the title of the document you are filing and attach it at the back of each filing with the court. Please list below the names and addresses of the parties who were sent a copy of your document and the dates on which they were served. Be sure to sign the statement below. You must attach a copy of the certificate of service to each of the copies and the copy you file with the court.

I certify that a copy of the __Amendment to complaint,__
(Name of document you are filing,
i.e., opening brief, motion, etc.)

and any attachments was served, either in person or by mail, on the persons listed below

United States attorney for the district,
1200 US Courthouse, 312 N. Spring St. # 1200
Los Angeles, Ca, 90012
US ATTORNEY GENERAL, Washington,

**Signature**
Notary NOT required

**Name**                **Address**                                **Date Served**

                        Dr. Paul Janosey                           01/03/2011
                        22521 Del Valle St. Apt. 4
                        Woodland Hills, CA 91364

CERTIFICATE OF SERVICE