PAUL JANOSSY " In pro se"
22521 Del Valle st.ap.4,
Woodland Hills, Ca, 91364.

Tel.(818) 835-9573

```
FILED
CLERK, U.S. DISTRICT COURT
FEB - 7 2011
CENTRAL DISTRICT OF CALIFORNIA
BY           DEPUTY
```

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

PAUL JANOSSY,                  )
                               )
              plaintiff        ) CASE NO.CV10-9645 VBF(FFMx)
                               ) HON.District Judge,
     v                         ) VALERIE BAKER FAIRBANK
                               )
UNITED STATES                  )
              defendant,       ) PROOFS OF SERVICE
                               ) Action filed on: 12/21/10
                               )

TO THE HON. Court and defendant,

PLEASE TAKE NOTICE that plaintiff Paul Janossy on 01/03/2011 served Summons, Complaint, amendment to complaint and all necessary attachment on defendant, United States as follows:

1. Attorney General of the United States at Washington,
   RFK Main Justice Bldg.Room 2261,
   950 Pennsylvania Ave. N.W.
   Washington DC, 20530,

2. Civil Process,
   Office of the United States Attorney,
   Room 7516 Fedral Building
   300 North Los Angeles,st.
   Los Angeles, Ca, 90012,.

PROOFS OF SERVICE
-1-

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

The service was made, executed by certified mail with return receipt. These return receipts were signed, recognized by the competent persons, justifying that the delivery was made effectively.

There are attached all proofs of service.

Dated, 02/04/11 Woodland Hills, Ca,

Respectfully submitted,

Paul Janossy,

*[signature]*

Dr. Paul Janosey
22521 Del Valle St. Apt 4
Woodland Hills, CA 91364

---

PROOFS OF SERVICE,

-2-

## CERTIFICATE OF SERVICE

Page 6

Case Name: Paul Janossy _____ v. United States

Case No.: Cv10 9645 VBF (FFMx)

IMPORTANT: You must send a copy of ALL documents filed with the court and any attachments to counsel for ALL parties in this case. You must also file a certificate of service with this court telling us that you have done so. You may use this certificate of service as a master copy, fill in the title of the document you are filing and attach it at the back of each filing with the court. Please list below the names and addresses of the parties who were sent a copy of your document and the dates on which they were served. Be sure to sign the statement below. You must attach a copy of the certificate of service to each of the copies and the copy you file with the court.

I certify that a copy of the ___Summons, Complaint, amendment to complaint,___
(Name of document you are filing,
i.e., opening brief, motion, etc.)

and any attachments was served, either in person or by mail, on the persons listed below.

Attorney general of the United States at Washington,
RFK Main Justice Bldg. Room 2261
950 Pennsylvania Ave. N.W.
Washington DC 20530

Signature
Notary NOT required

**Name**

Dr. Paul Janosey
22521 Del Valle St. Apt 4
Woodland Hills, CA 91364

**Address**

**Date Served**

01/03/11

Certificate of service,

This copy conforms to original.

Page 6

## CERTIFICATE OF SERVICE

Case Name: PAUL JANOSSY      v.   UNITED STATES

Case No.: CV10 9645 VBF(FFMx)

IMPORTANT: You must send a copy of ALL documents filed with the court and any attachments to counsel for ALL parties in this case. You must also file a certificate of service with this court telling us that you have done so. You may use this certificate of service as a master copy, fill in the title of the document you are filing and attach it at the back of each filing with the court. Please list below the names and addresses of the parties who were sent a copy of your document and the dates on which they were served. Be sure to sign the statement below. You must attach a copy of the certificate of service to each of the copies and the copy you file with the court.

I certify that a copy of the Summons, Complaint, amendment to complaint
(Name of document you are filing,
i.e., opening brief, motion, etc.)

and any attachments was served, either in person or by mail, on the persons listed below.

Civil Process Clerk, Office of the United States Attorney
Room 7516 Federal Builiding, 300 (North) Los Angeles, st.
Los Angeles, Ca, 90012,

Signature
Notary NOT required

Name                     Address                      Date Served
                                                      01/03/2011

Dr. Paul Janosey
22521 Del Valle St. Apt. 4
Woodland Hills, CA 91364

his copy conforms to original

## CERTIFICATE OF SERVICE

Case Name: PAUL JANOSSY v. UNITED STATES

Case No.: CV10-9645 VBF(FFMx)

IMPORTANT: You must send a copy of ALL documents filed with the court and any attachments to counsel for ALL parties in this case. You must also file a certificate of service with this court telling us that you have done so. You may use this certificate of service as a master copy, fill in the title of the document you are filing and attach it at the back of each filing with the court. Please list below the names and addresses of the parties who were sent a copy of your document and the dates on which they were served. Be sure to sign the statement below. You must attach a copy of the certificate of service to each of the copies and the copy you file with the court.

I certify that a copy of the ___Amendment to complaint,___
(Name of document you are filing,
i.e., opening brief, motion, etc.)

and any attachments was served, either in person or by mail, on the persons listed below
United States attorney for the district,
1200 US Courthouse, 312 N. Spring St. # 1200
Los Angeles, Ca, 90012
US ATTORNEY GENERAL, Washington,

Signature
Notary NOT required

**Name**                       **Address**                              **Date Served**

                                                                        01/03/2011

Dr. Paul Janossy
22521 Del Valle St. Apt. 4
Woodland Hills, CA 91364

CERTIFICATE OF SERVICE    This copy conforms to original.

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

JAN -3 2011

Sent To: Attorney general of US
Street, Apt. No.; or PO Box: Main JUstice Bldg R.2261
City, State, ZIP+4: 950 Pennsylvaia Ave. NW
Washington DC 20530

PS Form 3800, August 2006        See Reverse for Instructions

7104 2370 0000 1140 1708

Dr. Paul Janosey
2521 Del Valle St. Apt. 4
Woodland Hills, CA 91364

This copy conforms to original

FEB 04 2011

*[signature]*

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X | ☐ Agent<br>☐ Addressee |
| | B. Received by (Printed Name) | C. Date of Delivery |
| 1. Article Addressed to:<br><br>Attorney general of USA<br>RFK Main JUstice Bldg R.2261,<br>950 Pennsylvania Ave NW<br>Washington, D.C. 20530 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No | |
| | 3. Service Type<br>☐ Certified Mail   ☐ Express Mail<br>☐ Registered     ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D. | |
| | 4. Restricted Delivery? (Extra Fee) | ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7008 1140 0000 0733 7104 | |
| PS Form 3811, February 2004 | Domestic Return Receipt | 102595-02-M-1540 |

Dr. Paul Janosey
2521 Del Valle St. Apt. 4
Woodland Hills, CA 91364

This copy conforms to original.

FEB 04 2011

UNITED STATES POSTAL SERVICE

|||||

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Dr. Paul Janosey
22521 Del Valle St. Apt. 4
Woodland Hills, CA 91364

Dr. Paul Janosey
22521 Del Valle St. Apt. 4
Woodland Hills, CA 9

This copy conforms to original

FEB 04 2011



```
******THE POSTAL PLACE******
        22647 VENTURA BLVD.
       WOODLAND HILLS, CA 91364
           (818) 225-0527


Metered Mail   2 @ 3.70          7.40
Metered Mail   2 @ 10.20        20.40

       SUBTOTAL                 27.80
       TAX                       0.00
       TOTAL                    27.80
TEND Cash                       28.00
       CHANGE                    0.20

Customer: None selected

                           01/03/2011
#27653                       01:39 PM
```

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
Thank you for your business
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Dr. Paul Janosey
22521 Del Valle St. Apt. 4
Woodland Hills, CA 91364

This copy conforms to original.
FEB 04 2011

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery |
| 1. Article Addressed to:<br>Civil Process Clerk,<br>Office of the US Attorney<br>Room 7516 Federal Bldg.<br>300 North Los Angeles st.<br>Los Angeles, Ca, 90012, | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below:  ☐ No<br><br>3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered       ☐ Return Receipt for Merchandise<br>☐ Insured Mail     ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | 7008 1140 0000 0733 7098 |
| PS Form 3811, February 2004 | Domestic Return Receipt   102595-02-M-1540 |

Dr. Paul Janosey
521 Del Valle St. Apt. 4
Woodland Hills, CA 91364

This copy conforms to original.

04 2011

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Dr. Paul Janosey
22521 Del Valle St. Apt. 4
Woodland Hills, CA 91364

Dr. Paul Janosey
2521 Del Valle St. Apt. 4
Woodland Hills, CA 91364

This copy

FEB 04 2011

